UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Malcolm Daniels,<br>    Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | **AMENDED JUDGMENT**<br><br>No. 5:15-CV-118-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motion to alter or amend [DE 39] is GRANTED. Amended judgment entered reflecting that benefits are awarded pursuant to Grid Rule 201.14 beginning on plaintiff's amended alleged onset date of August 13, 2011.

This case is closed.

**This judgment filed and entered on June 3, 2016, and served on:**

Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Daniel Mansfield (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

June 3, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk